## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Luis Jimenez
                        Plaintiff,

v.                                                 Case No.: 1:22–cv–03331
                                                Honorable Mary M. Rowland

Vitalant, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 17, 2022:

       MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the Stipulation of Dismissal, this case is dismissed with prejudice of Plaintiff's individual claims against Vitalant. The parties further stipulate to the dismissal of the class claims without prejudice pursuant to Fed. R. Civ. P. 23(e). Each party to bear its own attorney's fees and costs. Any pending deadlines are stricken. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.